```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
```

FILED by MAG. SEC.
JUL 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. ００-6154-CR-Dimitrouleas

UNITED STATES OF AMERICA

**ARRAIGNMENT INFORMATION SHEET**

vs.

Daniel Meisel

Jail No : on Bond

Defendant.

Language:_____

The above-named Defendant appeared before **Magistrate Judge** _STEPHEN T. BROWN_, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**     Address:_____

Tel. No:_____

**Defense Counsel:**   Name : Herbert Cohen
200 S.E. 6th St., # 205
Ft. Lauderdale, FL 33301

Tel. No. (954) 763-8500

**Bond Set/Continued:**   $50k PSB (continued from AZ)

Dated this 6th day of July, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY_STEPHANIE A. LEE_
     Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 00 D- 77-1570, 3446
DIGITAL START NO._____

