UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154 CR

Jordan

UNITED STATES OF AMERICA,

v.

Daniel Meisel

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW Herbert M. Cohen, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: July 6, 2000

Attorney: Herbert M. Cohen
Address: 200 S.E. 6th St. #1205
City: Ft. Laud.   State: FL   Zip: 33301
Telephone: (954) 763-8500
Florida Bar No.: 258506

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Daniel Meisel

