```
AO82                    ORIGINAL              225625
(Rev. 4/90)        RECEIPT FOR PAYMENT
               UNITED STATES DISTRICT COURT
                         for the
               SOUTHERN DISTRICT OF FLORIDA
                        at MIAMI
```

RECEIVED FROM District of Arizona
730 N 1st Ave Rm 1400
Phoenix AZ 85025
USA vs Daniel Aaron Meisel

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-6154-CR-- WPD | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | Appearance Bond. | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | ck # 4608·00335150 | |
| 510100 | Registry Fee | | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 7/6/00    Cash | Check ✓ | M.O. | Credit    DEPUTY CLERK:

