AO 442 (Rev. 12/85) Warrant for Arrest    AUSA  PAUL F. SCHWARTZ   FBI S/A JOE CICINI

# United States District Court

SOUTHERN            DISTRICT OF            FLORIDA      481475

UNITED STATES OF AMERICA

V.

DANIEL MEISEL
aka "Danny"

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

## WARRANT FOR ARREST

CASE NUMBER:

# 00-6154

# CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest            DANIEL MEISEL

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit

in violation of Title 18   United States Code, Section(s) 1962(d), 1955, 892, 894

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $150,000 Corporate Surety Bond with Nebbia

BARRY S. SELTZER
by   UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |
| **Subject arrested in Arizona by FBI** |

| DATE RECEIVED 6/6/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/21/00 | FOR:  FBI | John Walker, ASDUSM |