UNITED STATES OF AMERICA,
Plaintiff,

vs.

Daniel Ira Meisel

Defendant.

00-6154-CR-Dimitrouleas

FILED by _____ D.C.
DKTG
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CR 00-3186M (Local No.)
CR- 00-6154-CR-IRDAA

NOTICE OF DELIVERANCE (SD Florida)
OF PASSPORT        Case No.

___ RECEIVED   ___ LODGED
___           ___ COPY

JUN 27 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Rule 40 Papers

TO:  Office of Passport Policy and Advisory Services
     1111 19th Street, N.W., Suite 260
     Washington, DC 20522

Pursuant to order of the court signed by Judge Lawrence O. Anderson the above case, Passport Number 043172971, issued at Miami, FL, on 6-6-91 to the above named defendant, was surrendered to the custody of the Clerk of Court at Phoenix, Arizona on 6-27-00, and the defendant is not to apply for the issuance of another passport during the pendency of this action. Additional information regarding the bearer of this passport:

Date of Birth: 1-7-46   Place of Birth: Louisiana, USA

/ /  Pursuant to order of the court signed by _____ in the above case the above named defendant has **not** surrendered his/her passport to the custody of the Clerk of Court. The defendant is not to apply for the issuance of another passport during the pendency of this action.

DATE: 6-27-00

RICHARD H. WEARE, DCE/CLERK OF COURT

By: T. L. Bengtson
    T. L. BENGTSON

**RECEIPT**

This will acknowledge receipt of Passport Number _____ previously surrendered to the Court pursuant to prior order of the court.

DATE: _____   _____
                         Owner of Passport

DOCUMENT USED FOR IDENTIFICATION PURPOSES:
_____
_____

cc:  Passport Office (certified copy)
     Defendant
     Pretrial Services

CR-20 (12-96)

RECEIVED ___ COPY
JUN 2 7 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | AZ NO. 00-3186M |
| | ) | |
| v. | ) | SD FL NO. 00-6154 CR-Jordan |
| | ) | |
| DANIEL AARON MEISEL, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk's Office shall transfer the $5,000 cash bond (10% of $50,000 bond) posted in this case to the prosecuting district: Southern District of Florida forthwith.

DATED this 27th day of June, 2000.

LAWRENCE O. ANDERSON
United States Magistrate Judge

# United States District Court

**DISTRICT OF** ARIZONA

RECEIVED ___ COPY
JUN 2 7 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

Daniel Aaron Meisel

**ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION**

Case Number: 00-3186 m

Charging District Case Number: 00-6154-CR-Jor

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _Southern_ District of _Florida_; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) 300 Northeast 1st Ave, Courtroom
_Place and Address_
Miami, Florida on Thursday, July 6, 2000 at 2:00 pm before
_Date and Time_
Magistrate Judge Stephen Brown.

_Signature of Judicial Officer_

6-27-00  June 27, 2000
_Date_

Magistrate Judge
_Name and Title of Judicial Officer_

CC: ONSI/PB/PTS/LOA

CR 17
r-06154-WPD    Document 203    Entered on FLSD Docket 07/13/2000
FILED ___ LODG
RECEIVED ___ COPY
JUN 2 6 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

## APPEARANCE BOND FOR THE

**United States District Court** • DISTRICT OF ARIZONA

APPEARANCE BOND FOR NO. 00-3186 M
(00-6154-CR-Jordon)

UNITED STATES OF AMERICA

vs.

Daniel Aaron Meisel

---

*Non-surety:* ☒ I, the undersigned defendant, acknowledge that I and my . . . .
*Surety:* ☐ We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 50,000.00,
[1]/and there has been deposited in the Registry of the Court the sum of $ 5,000.00 in cash [2]/or Cashiers check
_____, (describe other security)[3]/ a sum not exceeding 10% of the amount of bond.[4]/

The conditions of this bond are that the defendant

is to appear before    any    , United States Magistrate for the

Southern District of ~~Arizona~~/Florida[5]    ~~Phoenix, Arizona~~ Fort Lauderdale and in the

United States District Court for the    Southern District of    ~~Arizona~~ Florida    at

~~Phoenix, Arizona~~ Fort Lauderdale, and at such other places as the defendant may be required to appear,
in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given

or issued by the magistrate or by the United States District Court for the    District of Arizona
or any other United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not

to depart the    District of    Arizona    , or the jurisdiction of any other United States District Court
to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this
bond, except in accordance with such orders or warrants as may be issued by the magistrate or the United States District Court for

the    District of    Arizona    or the United States District Court for
such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence
imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be
void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.
Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the
above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment
may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated,
together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal
Procedure and by other laws of the United States.

I hereby attest and certify on
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.

[1]/Where no deposit is required, delete the bracketed italics paragraph.
[2]/Where no sureties are required, indicate full amount of cash deposited in registry.
[3]/If a form of security other than cash is deposited, describe.
[4]/If the amount ordered to be paid exceeds 10 percent of the bond, delete.
[5]/Insert place.

By ____



| Bank of America | Cashier's Check | No. 00090323 |
|---|---|---|

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement.

Date: **JUNE 26, 2000**

91-170/1321

Booking Center: **HOME OFFICE**

0008564  00007  0903239

Remitter (Purchased By): **DIANE P BECK**

$ **\*\*5000.00\*\***

Pay **\*\*FIVE THOUSAND DOLLARS AND 00 CENTS\*\***

To The Order Of **\*\*CLERK OF THE COURT\*\***
****

Authorized Signature: Joseph Ellis (signature)

Bank of America, N.A.
Phoenix, AZ

⑈000903239⑈ ⑆122101706⑆ 252563602⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

*Check given to Finance on 6/27/00*

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cust-
ody

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ (Deputy)

United States District Court--District of Arizona -Phoenix
Order Setting Conditions of Release

DATE: 6/26/00  CASE NUMBER: 00-3166M (00-0154-CR-Dimitrouleas)

USA vs. Daniel Aaron Meisel

RECEIVED ___ COPY
JUN 2 6 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ PERSONAL RECOGNIZANCE
☒ AMOUNT OF BOND $50,000
   ☐ UNSECURED
   ☐ SECURED BY_____
   SECURITY TO BE POSTED BY_____
NEXT APPEARANCE _____ or as directed through counsel
☐ 230 N. 1st Ave Phoenix, AZ, Courtroom/hearing room #_____, _____ Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

(X) appear at all proceedings as required and to surrender for service of any sentence imposed.

(X) not commit any federal, state or local crime.

(X) immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

(X) maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.

(X) not travel outside of: the State of Arizona and the Southern District of Florida unless express PRIOR Court or Pretrial Services permission is granted to do so.

( ) avoid all direct or indirect contact with persons who are considered either alleged victim(s), potential witness(es), family members of victim(s)/witness(es): _____

(X) report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-514-7050.

( ) report as directed to the U.S. PROBATION OFFICE 602-514-7250 and abide by all terms of conditions of Supervised Release/Probation.

( ) execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

( ) Defendant is placed in the third party custody of_____

(X) refrain from ( ) any (X) excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 USC 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.

(X) participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services.

( ) surrender any passport to the Clerk of the Court by_____

( ) obtain no passport.

( ) not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

( ) maintain weekly contact with his/her counsel by Friday, noon of each week with _____

( ) _____

**ADVICE OF PENALTIES AND SANCTIONS**

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to

any other term of imprisonment.

4. Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment, for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT | Address: 4207 E. HASHKNIFE PHOENIX 85054 |
| --- | --- | --- |
| June 26, 00 | /s/ | Phone 480-419-9234 |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) | ADDRESS OF CUSTODIAN(S) |
| --- | --- |
|  | TELEPHONE: |

Directions to United States Marshal:

(X) The defendant is ORDERED released after processing.

( ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: June 26, 2000

LAWRENCE O. ANDERSON
United States Magistrate Judge

6-27-00

USA, PTS/PROB, USM, DEFT, DEFT ATTY / LOA

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

# United States District Court

DISTRICT OF Arizona

JUN 2 6 2000

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

DANIEL MEISEL

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

Case Number: 00 — 3186 M
(00-6154-CR-JORDON)

I, __DANIEL MEISEL_____, understand that in the __SOUTHERN__ District of __FLORIDA__, charges are pending alleging violation of __18 USC §§ 1962(d), 1955, 892 & 894__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

[X] identity hearing

( ) preliminary examination

[X] identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_(signature)_
Defendant

Date: JUNE 22, 2000

_(signature)_
Defense Counsel

| | |
|---|---|
| DATE: 6/26/00 | CASE NUMBER: 00-3186M (SD FL NO. 00-6154 CR JORDON) |

Sealed: ☐ Yes

USA vs. Meisel, Daniel

Material Witness(es): _____

U.S. MAGISTRATE JUDGE: Lawrence O Anderson

A.U.S. Attorney Karen McDonald        INTERPRETER _____
                                      LANGUAGE: _____

Attorney for Defendant David Appleton, ret    ☐ Appt for this hearing only

Attorney for Mat Witns _____    ☐ Appt ☐ Ret ☐ FPD ☐ Other _____

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY ☐ SUMMONS

☐ Complaint Filed ☐ Initial Appearance DOA _____ ☐ Rule 40 ☐ Rule 20
☐ Financial Afdvt taken ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
☐ Appointment of counsel hearing held
☐ Defendant released _____

**RELEASE HEARING:** ☒ Held ☐ Cont'd ☐ Reset ☐ Under Advisement ☐ Submitted
Set for:
before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☒ Defendant ordered released on a $50,000.00 surety bond (10 % posted in the amount of $5,000.00 Cashiers Check) with conditions.

**PRELIMINARY HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Waived
Set for:
before:
☐ Probable cause found    ☐ Held to answer before Dist. Court    ☐ Dismissed

**STATUS HEARING, re:** _____ ☐ Held ☐ Cont'd ☐ Reset ☐ Under Advisement
Set for:
before:

**REMOVAL/IDENTITY HEARING** ☐ Held ☐ Cont'd ☐ Reset ☒ Waived
Set for:
before:

☐ Warrant of removal issued.
☒ Defendant ordered released. (See order setting conditions of release)
Other: _____

RECORDED: Cass. 00-130/131

BY: R. Garrison _____, Deputy Clerk

6-27-00
cc: LOA/Cnsl/PB/PTS

AO 458 (Rev. 5/85) Appearance

RECEIVED ___ COPY
JUN 2 2 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court

**DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA

-vs-

DANIEL MEISEL

SPECIAL & LIMITED
**APPEARANCE**
FOR EXTRADITION PURPOSES
CASE NUMBER: CO-3186 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DEFENDANT DANIEL MEISEL

JUNE 22, 2000
_____
Date

_____
Signature

DAVID R. APPLETON
Print Name

8711 E. PINNACLE PEAK —#109
Address

SCOTTSDALE, AZ    85255
City    State    Zip Code

480-473-2009
Phone Number

UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTE
DISTRICT OF ARIZONA - PHOENIX
r-06154-WPD    Document 203    Entered on FLSD Docket 07/13/2000    P

DATE: 6-22-00    CASE NUMBER: 00-3186M    ☒ FILED ☐ LODGED ☐ RECEIVED ☐ COPY

Sealed: ☐ Yes

JUN 22 2000

USA vs. Daniel Aaron Meisel

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON

Material Witness(es): _____

A.U.S. Attorney Michael Morrissey    INTERPRETER _____ LANGUAGE: _____

Attorney for Defendant David R. Appleton    ☐ Appt ☐ Ret ☐ AFPD ☒ Other Special/Ltr Appearance

Attorney for Mat Witns _____ ☐ Appt ☐ Ret ☐ AFPD ☐ Other

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY ☐ SUMMON

☐ Complaint Filed   ☐ DOA _____   ☐ Initial Appearance   ☐ Rule 40   ☐ Rule 2
☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Appointment of counsel hearing held   ☐ Defendant released _____

Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.

**DETENTION HEARING:** Release    ☐ Held ☐ Cont'd ☐ Reset ☐ Under Advisement ☐ Submitted
Set for: 6-26-00 @ 4:30 a.m. before: Magistrate Judge Anderson

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☒ Defendant ordered released after the posting of a $50,000 bond
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PRELIMINARY HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Waived
Set for: _____ before: _____
☐ Probable cause found   ☐ Held to answer before Dist. Court ☐ Dismissed

**STATUS HEARING, re:** Detention Hearing    ☒ Held ☐ Cont'd ☐ Reset
Set for: _____ before: _____

**REMOVAL/IDENTITY HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Waived
Set for: _____ before: _____
☐ Warrant of removal issued.   ☐ Defendant ordered released. _____

Other: _____

RECORDED: Cass. #A00-125: 2392-2919
BY: Sherise M. Hargrove, Deputy Clerk (3)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: _____ VS. _____ FOR _____ AT _____

JUN 21 2000
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): Daniel Meisel

DOCKET NUMBERS
Magistrate: 00-3186M
District Court:
Court of Appeals:

| | Defendant – Adult |
|---|---|
| 1 ☑ | Defendant – Adult |
| 2 ☐ | Defendant – Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other (Specify) |

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☑ Am Self Employed
Name and address of employer: Olamor Flowers
IF YES, how much do you earn per month? $ 3500
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
RECEIVED: 8000/yr   SOURCES: inheritance

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ 1500

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent | | $ | $ 1200 |
| utility phone | | $ | $ 400 |
| | | $ | $ 600 |
| food | | $ | $ 600 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-21-00

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ 



FILED ___ LODGED
RECEIVED ___ COPY

JUN 2 1 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | No. 00-3186M |
| -vs- | ) | |
| Daniel Meisel | ) | ORDER APPOINTING COUNSEL |
| Defendant. | ) | |
| | ) | |

The defendant has, under oath, sworn or affirmed as to his/her financial ability to employ counsel.

OFFENSE: Rule 40 - Gambling/Conspiracy

FEDERAL PUBLIC DEFENDER appointed on, by

/__/ United States District Judge _____

/X/ United States Magistrate Judge  Anderson

CASE ASSIGNED TO: Deborah L. Williams
    Asst. Federal Public Defender
    District of Arizona
    222 North Central Avenue, Suite 810
    Phoenix, Arizona 85004
    Phone: (602) 379-

DATED this 21st day of June, 2000

_____Lawrence O. Anderson_____
UNITED STATES JUDGE/MAGISTRATE JUDGE

c:\data\order.wp5

cc: FPD

DATE: 6-21-00   CASE NUMBER: 00-3186M

☒ FILED  ☐ LODGED  ☐ RECEIVED  ☐ COPY

Sealed: ☐ Yes

JUN 21 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA vs. Daniel Meisel

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON

Material Witness(es): _____

A.U.S. Attorney Michael Morrissey   INTERPRETER _____
LANGUAGE: _____

Attorney for Defendant Deborah Williams   ☐ Appt ☐ Ret ☐ AFPD ☒ Other Condition

Attorney for Mat Witns _____   ☐ Appt ☐ Ret ☐ AFPD ☐ Other

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY ☐ SUMMONS

☐ Complaint Filed  ☒ DOA 6-21-00  ☒ Initial Appearance  ☒ Rule 40  ☐ Rule 20
☒ Financial Afdvt taken  ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed
☒ Appointment of counsel hearing held    ☐ Defendant released _____

Defendant states true name to be Daniel Aaron Meisel. Further proceedings ORDERED in defendant's true name.

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Under Advisement ☐ Submitted
Set for: _____ before: _____

☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____ w/conditions
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PRELIMINARY HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Waived
Set for: _____ before: _____
☐ Probable cause found   ☐ Held to answer before Dist. Court ☐ Dismissed

**STATUS HEARING, re:** Detention Hearing   ☐ Held ☐ Cont'd ☐ Reset
Set for: 6-22-00 @ 1:45 p.m.  before: Magistrate Judge Anderson

**REMOVAL/IDENTITY HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☒ Waived
Set for: _____ before: _____
☐ Warrant of removal issued.  ☐ Defendant ordered released. _____ w/conditons

Other: _____

It is the finding of the Court that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 _____ will commence on _____ thru _____ for a total of _____ days.

RECORDED: Cass. #A00-121 ¿ A00-122
BY: Sherise Hargrove, Deputy Clerk

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

**DANIEL MEISEL**
aka "Danny"

00 JUN -6 PH 3:00

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**WARRANT FOR ARREST**

CASE NUMBER: **00-6154**

**CR-JORDAN**

MAGISTRATE JUDG
BANDSTRA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DANIEL MEISEL__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy; Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit

in violation of Title _18_ United States Code, Section(s) _1962(d), 1955, 892, 894_

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

B$S
Bail fixed at $150,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   _[signature]_
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| INFORMATION COPY ONLY | INFORMATION COPY ONLY | Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By _[signature]_ Deputy Clerk |
| DATE OF ARREST MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __DANIEL MEISEL__  No: _____

Count #: 1     18 U.S.C. 1962(d)     RICO Conspiracy

*Max. Penalty: 20 years' imprisonment and up to a $250,000 fine

Count #: 2     18 U.S.C. 1955     Illegal Gambling Business

*Max. Penalty: 5 years' imprisonment and up to a $250,000 fine

Count #: 3     18 U.S.C. 892     Conspiracy to Make Extortionate Extensions of Credit

*Max. Penalty: 20 years' imprisonment and up to a $250,000 fine

Count #: 4     18 U.S.C. 894     Conspiracy to Collect Extortionate Extensions of Credit

*Max. Penalty: 20 years' imprisonment and up to a $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96