UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

  Plaintiff,

vs.

DANIEL MEISEL and
SCOTT MILLER,

  Defendants.
_____/

## ORDER SETTING HEARING

THIS COURT on its own motion sets a hearing to determine counsel in that Herb Cohen jointly represents both defendants. The hearing will be held at the Calendar Call on August 4, 2000 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herb Cohen, Esquire
200 S.E. 6th Street, #205
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

