**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD   DATE: August 8, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Halpern, Meisel, Akel, Miller

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Klein, Cohen, Dutko

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' joint motion to Continue is Granted. Court resets trial period. Court goes over right to separate representation of Counsel with Defts Miller and Meisel.

Pre-trial motion cut off date is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00   TIME: 9:00   FOR: Cal. Call
MISC: 10/23/00   9:00   2 week trial period.