UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL and
SCOTT MILLER,

    Defendant(s).
_____/



FILED by _____ D.C.

AUG 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon the Court's own motion, pursuant to Rule 44(c), Federal Rules of Criminal Procedure, and the Court having conducted a colloquy with both Defendants on August 8, 2000 regarding joint representation and both Defendants having waived their right to separate counsel, and there being good cause to believe that no conflict of interest is likely to occur, the Court will allow continued joint representation by Herb Cohen.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Herb Cohen, Esquire
200 S.E. 6th Street, #205
Ft. Lauderdale, FL 33301