UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/



## MOTION TO ADOPT MOTIONS OF H. DOHN WILLIAMS, ESQUIRE AND DAVID VINIKOOR, ESQUIRE, ATTORNEYS FOR DEFENDANTS JOSEPH ROTUNNO AND MARTIN ZARCADOOLAS, RESPECTIVELY

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and moves this Honorable Court to allow him to adopt all defensive motions filed by H. Dohn Williams, Esquire and David Vinikoor, Esquire on behalf of Defendants Joseph Rotunno and Martin Zarcadoolas.

WHEREFORE, the Defendant respectfully moves this Court to enter an Order allowing him to adopt the defensive motions filed by counsels on behalf of co-defendants, Joseph Rotunno and Martin Zarcadoolas.

                                  Respectfully submitted,

                                  _____
                                  HERBERT M. COHEN, ESQUIRE
                                  Attorney for Defendant, Daniel Meisel
                                  Florida Bar No. 258806
                                  200 Southeast 6th Street, Suite 200
                                  Fort Lauderdale, Florida 33301
                                  (954) 766-8820



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail or by facsimile to the parties on the following Service List this ___ day of September, 2000.

Herbert M. Cohen, Esquire

**SERVICE LIST**

Paul F. Schwartz, Esq,
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Fax: (954) 356-7336

Allen Kaufman, Esquire
2900 N. Dixie Hwy., Suite 201
Oakland Park, FL 33334
Fax: (954) 563-6813
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
Fax: (954) 527-5565
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Ave., Suite 300
Coconut Grove, FL 33133
Fax: (305) 285-0699
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
Fax: (305) 530-9587
(Counsel for Bert Caskill)

James M. Stark, Esq.
524 S. Andrews Ave., Suite 304N
Ft. Lauderdale, FL 33301
Fax: (954) 768-0738
(Counsel for Gary Braeseke)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Ave., Suite 202
Ft. Lauderdale, FL 33301
Fax: (954) 356-7556
(Counsel for Emro Capri)

Simon T. Steckle, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
Fax: (305) 536-6495
(Counsel for William Hawkins)

Theodore Klein, Esq.
800 Brickell Ave., Penthouse Two
Miami, FL 33131
Fax: (305) 358-4010
(Counsel for Martin Halpern)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
Fax: (305) 232-1963
(Counsel for James Travers)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
Fax: (954) 462-8594
(Co-counsel for Martin Zarcadoolas)

David Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
Fax: (954) 522-7278
(Co-counsel for Martin Zarcadoolas)

John F. Cotrone, Esq.
509 S.E. 9th St., Suite 1
Ft. Lauderdale, FL 33316
Fax: (954) 779-7758
(Counsel for Michael Eddy)

Michael Dutko, Esq.
600 S. Andrews Ave., Suite 500
Ft. Lauderdale, FL 33301
Fax: (954) 764-5040
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
Fax: (954) 524-8590
(Counsel for Richard D'Onofrio)

R. Michael Hursey, Esq.
305 S. Andrews Ave., Suite 701
Ft. Lauderdale, FL 33301
Fax: (954) 779-7980
(Counsel for Jeanne Brooks)

Larry Bronson, Esq.
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)