UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL,

    Defendant.

_____/

FILED by _____ D.C.

SEP 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 8, 20000 Motion to Adopt [DE-97] and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1(A)(2) in that Defendant failed to include a proposed order, the Court, denies the motion without prejudice to refile with a proposed order.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James Hopkins, AUSA

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301