cr-06154-WPD    Document 340    Entered on FLSD Docket 09/14/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

### RENEWED MOTION TO ADOPT MOTIONS OF H. DOHN WILLIAMS, ESQUIRE AND DAVID VINIKOOR, ESQUIRE, ATTORNEYS FOR DEFENDANTS JOSEPH ROTUNNO AND MARTIN ZARCADOOLAS, RESPECTIVELY

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and moves this Honorable Court to allow him to adopt all defensive motions filed by H. Dohn Williams, Esquire and David Vinikoor, Esquire on behalf of Defendants Joseph Rotunno and Martin Zarcadoolas.

Pursuant to Local Rule 7.1(A)(2) of the Southern District of Florida, a proposed Order is attached to this Motion.

WHEREFORE, the Defendant respectfully moves this Court to enter an Order allowing him to adopt the defensive motions filed by counsels on behalf of co-defendants, Joseph Rotunno and Martin Zarcadoolas.



Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the original Motion was furnished by US Mail or by facsimile to the parties on the following Service List the 8th day of September, 2000 and this renewed Motion with proposed Order attached was filed this 13 day of September, 2000

Herbert M. Cohen, Esquire

## SERVICE LIST

Paul F. Schwartz, Esq,
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Fax: (954) 356-7336

Allen Kaufman, Esquire
2900 N. Dixie Hwy., Suite 201
Oakland Park, FL 33334
Fax: (954) 563-6813
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
Fax: (954) 527-5565
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Ave., Suite 300
Coconut Grove, FL 33133
Fax: (305) 285-0699
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
Fax: (305) 530-9587
(Counsel for Bert Caskill)

James M. Stark, Esq.
524 S. Andrews Ave., Suite 304N
Ft. Lauderdale, FL 33301
Fax: (954) 768-0738
(Counsel for Gary Braeseke)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Ave., Suite 202
Ft. Lauderdale, FL 33301
Fax: (954) 356-7556
(Counsel for Emro Capri)

Simon T. Steckle, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
Fax: (305) 536-6495
(Counsel for William Hawkins)

Theodore Klein, Esq.
800 Brickell Ave., Penthouse Two
Miami, FL 33131
Fax: (305) 358-4010
(Counsel for Martin Halpern)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
Fax: (305) 232-1963
(Counsel for James Travers)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
Fax: (954) 462-8594
(Co-counsel for Martin Zarcadoolas)

David Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
Fax: (954) 522-7278
(Co-counsel for Martin Zarcadoolas)

John F. Cotrone, Esq.
509 S.E. 9th St., Suite 1
Ft. Lauderdale, FL 33316
Fax: (954) 779-7758
(Counsel for Michael Eddy)

Michael Dutko, Esq.
600 S. Andrews Ave., Suite 500
Ft. Lauderdale, FL 33301
Fax: (954) 764-5040
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
Fax: (954) 524-8590
(Counsel for Richard D'Onofrio)

R. Michael Hursey, Esq.
305 S. Andrews Ave., Suite 701
Ft. Lauderdale, FL 33301
Fax: (954) 779-7980
(Counsel for Jeanne Brooks)

Larry Bronson, Esq.
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

## ORDER

THIS CAUSE having come on to be heard upon Defendant's Renewed Motion to Adopt Motions of H. Dohn Williams, Esquire and David Vinikoor, Esquire, Attorneys for Defendants Joseph Rotunno and Martin Zarcadoolas, Respectively, and the Court having considered said Motion and otherwise being fully advised in the premises, it is hereby;

ORDERED and ADJUDGED that said Motion be and same is hereby_____.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of September, 2000.

 

_____
HONORABLE WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herbert M. Cohen, Esq.
All counsel on Service List