UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL,

    Defendant.

                                 /

FILED by _____ D.C.

SEP 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come on to be heard upon Defendant's September 13, 2000

Renewed Motion to Adopt Motions of H. Dohn Williams, Esquire and David Vinikoor, Esquire,

Attorneys for Defendants Joseph Rotunno and Martin Zarcadoolas, Respectively [DE-340], and

the Court having denied a previously filed Motion [DE-293] without prejudice on September 11,

2000 [DE-308] and the Court having considered the Motion and otherwise being fully advised in

the premises, it is hereby

    ORDERED AND ADJUDGED that said Motion be and same is hereby GRANTED.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Herbert M. Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

