UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

DANIEL MEISEL,

Defendant.
_____/

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE having been heard upon Pretrial Services September 21, 2000 Petition For Action on Conditions of Pretrial Release, the Court sets a status conference to determine whether the Defendant's pre-trial release should be revoked or the conditions amended. The hearing is set for <u>Friday, October 6, 2000 at 1:00 P.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herb Cohen, Esquire
200 S.E. 6th Street, #205
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

Irma Botana, USPO

