

# MEMORANDUM

▆▆▆▆▆▆▆▆▆▆▆▆▆▆



**To:**   Honorable Stephen T. Brown
U.S. Magistrate Judge

**From:** Irma Botana, USPSO
Drug & Alcohol Treatment Specialist

**Re:**   **MEISEL, DANIEL**
**CASE NUMBER 00-6154-CR-DIMITROULES**

**Date:** September 21, 2000

### PRESENT COURT STATUS

On June 21, 2000, the above-named defendant appeared in the District of Arizona, Phoenix Division on the warrant and indictment originating in our district. On June 26, 2000, he was released on bond with supervision and ordered removed to our district.

On July 6, 2000, the above-named defendant appeared before Your Honor on charges relating to RICO Conspiracy, Illegal Gambling Business, Conspiracy to Make Extortionate Extensions of Credit and Conspiracy to Collect Extortionate Extensions of Credit. On said date, the court ordered a $50,000 Personal Surety Bond with the following special conditions:

1.  Travel permitted between Southern District of Florida and District of residence in Arizona for court;
2.  Maintain residence at 4807 E. Hashknife Road, Phoenix, Arizona and not move without prior court order;
3.  Surrender all passports and travel documents to Pretrial Services;
4.  Report to Pretrial Services twice a week in person and twice a week by telephone;
5.  Submit to random drug testing and treatment, as directed by Pretrial Services; and
6.  Maintain gainful full-time employment.

The defendant posted bond on the same date, July 6, 2000 and is under our supervision. Calendar call is scheduled for October 20 and trial is set for two week calendar commencing October 23, 2000.



**Honorable Stephen T. Brown, U.S. Magistrate Judge**
**Page Two (2)**

### RE:	MEISEL, DANIEL

### NATURE OF VIOLATION

Please be advised that the defendant failed to report to Pretrial Services on Friday, September 1, Tuesday, September 5, and Friday, September 8, 2000, as directed. The defendant also failed to submit to a urinalysis on these dates.

On Monday, September 11, this officer contacted the District of Arizona and was informed that the defendant had last reported telephonically on August 28 indicating to the officer that he was in Miami. Mr. Meisel was in fact in Miami and reported in person on said date informing he traveled to address issues at his place of business. On August 31, Meisel called this officer and left a voice mail message indicating he was returning to Phoenix. On Monday, September 11, this officer called the Pretrial Services Officer in Phoenix and was informed that the defendant had not reported since August 28. This officer contacted Meisel at his home in Phoenix; he was aware of his failure to report and stated he was ill with the flu. At this time he was instructed to report in person the following morning September 12 and provide a urine specimen. The defendant did report and provided a specimen that was onsite positive for cocaine; however, it was unconfirmed by Pharmchem Laboratories and was reported as a negative.

At the office visit of September 12, the defendant was also referred to substance abuse treatment and was given instructions to attend. However, the defendant failed to attend the initial intake session, as directed. On September 20, this officer was notified by the District of Arizona that Meisel had called on Monday, September 18 and advised he was traveling to Miami on that date thereby missing his scheduled appointment to commence treatment of September 19. It should be noted that as of this writing, Meisel allegedly has been in the Miami area, but has not reported to our office, as required. It is also noted that bond conditions specify travel is allowed for court purposes, however, according to the criminal docket there is no scheduled court proceeding for these dates. Calendar call is scheduled for October 20 at 9:00 AM and trial for the two week trial calendar commencing October 23, 2000 at 9:00 AM.

Additionally, please be advised that the defendant has not provided proof of gainful full-time employment. He reports to own and operate the business, Olamor Flowers located at 2730 NW 72 Avenue, Miami; however, a search of corporate records via the internet reveals an inactive status since 10/11/91.

### SUPERVISION ADJUSTMENT

Mr. Meisel's adjustment to supervision has been difficult; he appears to be resistant. Prior memoranda were forwarded to the court addressing violations. It is assessed that Meisel needs substance abuse treatment, however in order to receive its benefits attendance needs to be consistent

**Honorable Stephen T. Brown, U.S. Magistrate Judge**
**Page Three (3)**

### RE: MEISEL, DANIEL

specially in the initial phase when denial and resistance is high. Moreover, the defendant appears to be under the impression that he can travel to and from Arizona at will without providing proper notice and for any reason. It is also assessed that his behavior appears to be evasive and could be indicative of attempts at avoiding detection of drug use. It is assessed that additional restrictive conditions could address what appears to be increased risks of nonappearance.

### RECOMMENDATION

Amendment of bond conditions is recommended restricting the defendant to remain in the District of Arizona and be allowed to travel to our district for court purposes only, requiring him to provide an itinerary to Pretrial Services, and upon obtaining travel authorization from Pretrial Services. It is also suggested that the defendant be ordered to immediately commence substance abuse treatment, at the direction of Pretrial Services in Arizona. Attached for Your Honor's consideration and signature is a Petition for Pretrial Action. Should inquiries arise, this officer's direct telephone number is (305) 808-6566

Respectfully submitted,

Irma Botana, USPSO
Drug & Alcohol Treatment Specialist

Reviewed and Approved by:

Gregory Glasson, Supervising
U.S. Pretrial Services

c:  Honorable William P. Dimitrouleas, U.S. District Court Judge
    Paul Schwartz, AUSA
    Herbert Cohen, Esq
    Bonnie Phillips-Williams, Chief U.S. Pretrial Services Officer
    Gregory Glasson, Supervising U.S. Pretrial Services Officer
    Rodney Roquemore, USPSO / District of Arizona
    File

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. DANIEL MEISEL         Docket No. 00-6154-CR-DIMITROULEAS

Petition for Action on Conditions of Pretrial Release

COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant DANIEL MEISEL, who was placed under pretrial release supervision by the Honorable Stephen T. Brown U.S. Magistrate Judge sitting in the Court at Miami, on July 6, 2000, under the following conditions.

1. Travel permitted between Southern District of Florida and District of residence in Arizona for court;
2. Maintain residence at 4807 E. Hashknife Road, Phoenix, Arizona and not move without prior court order;
3. Surrender all passports and travel documents to Pretrial Services;
4. Report to Pretrial Services twice a week in person and twice a week by telephone;
5. Submit to random drug testing and treatment, as directed by Pretrial Services; and
6. Maintain gainful full-time employment.

Respectfully presenting petition for action of Court and for cause as follows
(if short insert here, if lengthy write on separate sheet and attach)

In that the defendant failed to report to Pretrial Services and submit to drug testing on Friday, September 1, Tuesday, September 5, and Friday, September 8, 2000, as directed
FURTHERMORE, the defendant has failed to attend substance abuse treatment, as directed
FURTHERMORE, the defendant has failed to provide Pretrial Services proof of gainful full-time employment.
FURTHERMORE, the defendant has been traveling to the Southern District of Florida from the District of Arizona for purposes other than court.

PRAYING THAT THE COURT WILL ORDER Modification of bond conditions restricting the defendant to remain in the District of Arizona and be allowed to travel to the Southern District of Florida for court appearances only, requiring him to provide an itinerary to Pretrial Services, and upon obtaining travel authorization from Pretrial Services. It is also ordered that the defendant immediately commence substance abuse treatment at the direction of Pretrial Services.

ORDER OF COURT

Considered and ordered this _26th_ day of _September_, 20_00_ and ordered filed and made a part of the records in the above case.

Honorable Stephen T. Brown
U.S. Magistrate Judge

Respectfully,

Irma Botana, USPSO
Drug & Alcohol Treatment Specialist

Place: Miami

Date: September 21, 2000