UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL,

    Defendant.
_____/

FILED by ___ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## AMENDED ORDER SETTING STATUS CONFERENCE

THIS CAUSE having been heard upon Pretrial Services September 21, 2000 Petition For Action on Conditions of Pretrial Release, and Judge Brown having entered an order on September 26, 2000 [DE-367], nevertheless, the Court sets a status conference to determine whether the Defendant's pre-trial release should be revoked or the conditions amended. The hearing is set for Friday, October 6, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herb Cohen, Esquire
200 S.E. 6th Street, #205
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

Irma Botana, USPO

