## CRIMINAL MINUTES

FILED BY _____ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: October 6, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Daniel Meisel

U.S. ATTORNEY: Paul Schwartz / Julia Stella    DEFT. COUNSEL: Herb Cohen

REASON FOR HEARING: Status Conference

RESULT OF HEARING: Deft in the hospital and not present. Court resets revocation hearing for next week.

JUDGMENT: _____

CASE CONTINUED TO: 10/10    TIME: 1:00    FOR: revocation hearing or change of plea

MISC: _____

