**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.

OCT 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR-WPD   DATE: October 10, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Daniel Meisel

U.S. ATTORNEY: Paul Schwartz / Julia Staler   DEFT. COUNSEL: Heid Perler

REASON FOR HEARING: status conference re: violation

RESULT OF HEARING: Change of plea. Deft to plead guilty to Count 1. Gov't agrees to dismiss Counts 2, 3, 4 @ time of sentencing. Court accepts guilty plea. Deft ordered to co-operate with pre-trial services.

JUDGMENT: Under same conditions previously imposed.

CASE CONTINUED TO: 12/22   TIME: 10:30   FOR: Sentencing
MISC: written plea agreement filed

