# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

00 NOV -1 AM 9:20

U.S.A. vs. DANIEL MEISEL -FTL    Docket No. 00-6154-CR-DIMITROULEAS

Petition for Action on Conditions of Pretrial Release

COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant DANIEL MEISEL, who was placed under pretrial release supervision by the Honorable Stephen T. Brown, U.S. Magistrate Judge sitting in the Court at Miami, on July 6, 2000, under the following conditions:

1. Travel permitted between Southern District of Florida and District of residence in Arizona for court.
2. Maintain residence at 4807 E. Hashknife Road, Phoenix, Arizona and not move without prior court order.
3. Surrender all passports and travel documents to Pretrial Services;
4. Report to Pretrial Services twice a week in person and twice a week by telephone;
5. Submit to random drug testing and treatment, as directed by Pretrial Services;
6. Maintain gainful full-time employment; and
7. Remain in the District of Arizona and allowed to travel to the Southern District of Florida for court appearances by providing travel itinerary and obtaining travel authorization from Pretrial Services, as amended on September 21, 2000.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that the defendant submitted positive urinalysis on October 10, and October 11, 2000, for the use of cocaine, as confirmed by Pharmchem Laboratories.

Furthermore, the defendant submitted urinalysis on October 16 and October 20, 2000, which have tested positive onsite for the use of cocaine.

PRAYING THAT THE COURT WILL ORDER Revocation of bond and a warrant for the defendant's arrest.

ORDER OF COURT

Considered and ordered this 30 day of October, 20 00 and ordered filed and made a part of the records in the above case.

Honorable William P. Dimitrouleas
U.S. District Court Judge

Respectfully,

Irma Botana, USPSO
Drug & Alcohol Treatment Specialist

Place: Miami

Date: October 27, 2000