AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

FILED BY _____ D C
00 NOV -1 AM 9:19

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

United States of America
v
**DANIEL MEISEL**

## WARRANT FOR ARREST

Case Number: 00-6154-CR-DIMITROULEAS

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL MEISEL _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF BOND

Certified to be a true and correct copy of the document on file
U.S. District Court
Southern District of Florida
_____ Deputy Clerk
Date 10/30/00

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

HONORABLE WILLIAM P. DIMITROULEAS
Name of Issuing Officer

_____
Signature of Issuing Officer

United States District Court Judge
Title of Issuing Officer

Ft. Lauderdale
October 30, 2000   Miami, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention    by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |