AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

FILED BY _____ D C

00 NOV -1 AM 9:19

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

United States of America
v
**DANIEL MEISEL**

## WARRANT FOR ARREST

**Case Number: 00-6154-CR-DIMITROULEAS**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL MEISEL

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF BOND

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

| | |
|---|---|
| HONORABLE WILLIAM P. DIMITROULEAS<br>Name of Issuing Officer | United States District Court Judge<br>Title of Issuing Officer |
| Signature of Issuing Officer | October 27, 2000   Miami, Florida<br>Date and Location |
| Bail fixed at $ Pre-Trial Detention | by _____<br>Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br>**Phoenix, Arizona** |

| DATE RECEIVED<br>10/30/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, U.S. Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>11/3/00 | | Edward Purchase, SDUSM |