UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

## MOTION TO MITIGATE TERMS OF RELEASE

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and moves this Honorable Court for an Order mitigating the terms of release of the Defendant and states the following:

1. The Defendant, DANIEL MEISEL, had been previously released on a bond on the above-captioned case. That bond has been revoked by Order of this Court and the Defendant is presently incarcerated in Arizona.

2. The Defendant in this cause has cooperated with the AUSA and the agents in this case from early-on. On October 10, 2000, he entered a plea of Guilty pursuant to a Plea Agreement in this cause and is awaiting sentencing. The Defendant, MEISEL, has previously admitted to abusing Cocaine, which he attributes to the unusual stresses and strains resulting from the tragic death of his daughter. Since entering a Change of Plea in this case and returning to Arizona, it is reported that Defendant, MEISEL, has shown four (4) dirty urines with the presence of

1



Cocaine. The Defendant would indicate that the amounts that were present were negligible because he was making strides and efforts to refrain from using any Cocaine, and two (2) of the reported dirty urines were only a day apart. Therefore, there would not be enough time for the Cocaine to be cleansed from his system.

3. The Defendant indicates that prior to this Court entering an Order to remand him to custody for the presence of Cocaine in his urine, the Defendant had finally begun to make strides, and for a sixteen (16) day period, was drug-free. It is the understanding of the undersigned that those clean urines have, in fact, been documented and said documentation is in the custody of the Probation Department Officer. Additionally, the Defendant has retained the services of a medical doctor who is a specialist in addiction and has signed on to an in-house drug treatment program. As such, the undersigned, on behalf of the Defendant, would submit to this Court that in lieu of incarceration pending sentencing in this matter, that as a condition to a release, the Defendant be sent to an in-house, secure drug rehabilitation facility in order to continue the progress he has finally been able to make in becoming drug-free.

4. Notwithstanding the Defendant's problem with Cocaine, the Defendant has otherwise been fully cooperative with the Government and its agents and has proven to supply truthful and valuable information in securing the case.

5. Other grounds to ve argued *Ore Tenus*.

WHEREFORE the undersigned moves this Honorable Court to enter an Order allowing DANIEL MEISEL to be released into the custody of an in-house drug rehabilitation facility for treatment.

Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail or by facsimile to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 Fax: (954) 356-7336 and to Rodney Roquemore of Pre Trial Services, 230 North First Avenue, Room 2041 Phoenix, AZ 85025, this 8th day of November, 2000.

HERBERT M. COHEN, ESQUIRE

3