UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

DANIEL MEISEL, et al.,

　　　　Defendant.
_____/

**ORDER DEFERRING RULING ON
MOTION TO MITIGATE TERMS OF RELEASE**

THIS CAUSE having come on to be heard on Defendant's November 8, 2000 Motion To

Mitigate Terms of Release [DE-471], and the Court, having examined said motion and being

otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await

a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of November, 2000.

　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Herbert M. Cohen, Esquire
200 S.E. 6th Street, Suite #200
Ft. Lauderdale, FL 33301

Paul F. Schwartz, AUSA

Rodney Roquemore, USPO