UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 NOV 14 AM 9: 56

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

CASE NO. 00-6154-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL MEISEL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT MEISEL'S MOTION TO MITIGATE TERMS OF RELEASE

Comes now the United States of America by and through undersigned counsel and respectfully responds in opposition to defendant's Motion to Mitigate Terms of Release. In support thereof, the government states the following:

1. On October 6, 2000, the Court conducted a hearing regarding defendant's violations of conditions of pretrial release.

2. At said hearing, the Court maintained the defendant on the previously imposed conditions of pretrial release and admonished defendant to comply with all restrictions set forth by Pretrial Services.

3. At this time, defendant's failure to comply with conditions of pretrial release warrants a revocation of his bond.



WHEREFORE, based upon the foregoing, the government respectfully opposes the defendant's Motion to Mitigate Terms of Release.

                                               Respectfully Submitted,

                                               GUY A. LEWIS
                                               UNITED STATES ATTORNEY

By: _____
            PAUL F. SCHWARTZ
            Assistant United States Attorney
            Court ID # A5500086
            500 E. Broward Blvd., 7th Floor
            Fort Lauderdale, Florida 33394
            Telephone: (954) 356-7392
            Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named

on this __/3__ day of November , 2000.

Herb Cohen, Esquire
200 S.E. 6th St., Suite 200
Fort Lauderdale, FL 33301

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY