UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

DANIEL MEISEL,

Defendant.



_____/

## ORDER DENYING MOTION TO MITIGATE TERMS OF RELEASE

THIS CAUSE having been heard upon Defendant's November 8, 2000 Motion to Mitigate Terms of Release [DE-471], and the Court having received a response from the Government [DE-474], and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said motion is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Rodney Roquemore, USPO

