Clerk of Court
Magistrate Judge Lurana S. Snow
United States Courthouse
299 East Broward Blvd
Fort Lauderdale, FL 33301

November 15, 2000

RE: USA v. Daniel Meisel
Your case number - 00-6154-CR-DIMITROULEAS
Arizona case number - 00-3348M

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Lawrence O. Anderson in the District of Arizona. The following action has been taken.

(X) U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

( ) THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed is the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT
COURT EXECUTIVE

By: *L. Fettis*
L. Fettis
Magistrate Courtroom Clerk

Enclosures



# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA v. Daniel Meisel | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 00-3348M | CR00-6154 Dimitrouleas |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify)

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE** Southern District of Florida

**DESCRIPTION OF CHARGES:** Violation of Pretrial Release

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify) Dft does have retained counsel in Florida

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None
For this hrg only

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-3-00 _____ /s/ Lawrence O. Anderson
Date _____ United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows: 11/15/00

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL ARIZONA  L Fettis |

DATE: 11/3/00     CASE NUMBER: 00-03348M-PHX-LOA

Sealed: ☐ Yes                                          *******************************

USA vs. Daniel Meisel                                  **Filed: 11/3/00**
                                                       Clerk U.S. District Court
                                                       District Of Arizona
                                                       BY: _____ (Deputy)
U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON   Judge #: 70BT *******************

A.U.S. Attorney  Thomas Hannis  _____  INTERPRETER _____
                                         LANGUAGE: _____

Attorney for Defendant  Jane McClellan (Spec Appr- for this hearing only)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY  ☐ SUMMONS
☒ DOA 11/3/00         ☒ Initial Appearance        ☒ Rule 40
☒ Pretrial Release Viol ☐ Supervised Release Viol  ☐ Probation Viol
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☐ Defendant Released

**DETENTION HEARING**: Reserved for other district

Set for:              before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PRELIMINARY REVOCATION HEARING**: ☐ Held ☐ Cont'd ☐ Reset ☐ Waived
Set for:              before:
☐ Probable cause found  ☐ Held to answer before Dist. Court  ☐ Dismissed
☐ Admit/Deny hearing set for _____ before _____

**PRETRIAL RELEASE REVOCATION HEARING**: Reserved for other district

Set for:              before:
☐ Defendant released with additional conditions. _____
☐ Defendant without additional conditions.
☐ IT IS ORDERED revoking pretrial release. Defendant ordered detained pending trial.
Other: Defendant informs the Court that he does have retained counsel in Florida.

_____

I hereby certify ... 1/15/00
... foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
L Fettis                    Deputy

RECORDED: Cass. #A 00-210
BY: Lisa Fettis, Deputy Clerk

AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

FILED BY _____ D.C

00 NOV -1 AM 9:19

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

United States of America
v
DANIEL MEISEL

# WARRANT FOR ARREST

Case Number: 00-6154-CR-DIMITROULEAS

00-3348M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL MEISEL _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF BOND

*Certified to be a true copy of the document on file*
*Clarence Maddox, Clerk,*
*U.S. District Court*
*Southern District of Florida*
*By /s/ _____ Deputy Clerk*
*Date 10/30/00*

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

HONORABLE WILLIAM P. DIMITROULEAS
Name of Issuing Officer

/s/ William P. Dimitrouleas
Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention__

United States District Court Judge
Title of Issuing Officer

October 27, 2000   Ft. Lauderdale
Date and Location   Miami, Florida

by /s/ _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. DANIEL MEISEL        Docket No. 00-6154-CR-DIMITROULEAS

Petition for Action on Conditions of Pretrial Release    00 - 3348

COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant DANIEL MEISEL, who was placed under pretrial release supervision by the Honorable Stephen T. Brown, U.S. Magistrate Judge sitting in the Court at Miami, on July 6, 2000, under the following conditions:

1. Travel permitted between Southern District of Florida and District of residence in Arizona for court;
2. Maintain residence at 4807 E. Hashknife Road, Phoenix, Arizona and not move without prior court order;
3. Surrender all passports and travel documents to Pretrial Services;
4. Report to Pretrial Services twice a week in person and twice a week by telephone;
5. Submit to random drug testing and treatment, as directed by Pretrial Services;
6. Maintain gainful full-time employment; and
7. Remain in the District of Arizona and allowed to travel to the Southern District of Florida for court appearances by providing travel itinerary and obtaining travel authorization from Pretrial Services, as amended on September 21, 2000.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that the defendant submitted positive urinalysis on October 10, and October 11, 2000, for the use of cocaine, as confirmed by Pharmchem Laboratories.

Furthermore, the defendant submitted urinalysis on October 16 and October 20, 2000, which have tested positive onsite for the use of cocaine.

PRAYING THAT THE COURT WILL ORDER Revocation of bond and a warrant for the defendant's arrest.

ORDER OF COURT                          Respectfully,

Considered and ordered this 30 day
of October, 20 00 and ordered filed
and made a part of the records in the above
case.                                   Irma Botana, USPSO
                                        Drug & Alcohol Treatment Specialist

Honorable William P. Dimitrouleas
U.S. District Court Judge               Place: Miami
                                        Date: October 27, 2000

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date November 1, 2000



CLERK OF THE UNITED STATES
DISTRICT COURT
230 NORTH 1ST AVENUE
PHOENIX, ARIZONA 85025

OFFICIAL BUSINESS

Magistrate Judge Lurana S. Snow
United States Courthouse
299 East Broward Blvd
Fort Lauderdale, FL 33301