```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 00-6154-CR-WPD
```

UNITED STATES OF AMERICA,

vs.

Daniel Meisel
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: The Defendant is hereby remanded to the United States Marshal to be taken before the District Court.

**DONE AND ORDERED** at Miami, Florida this ___21st___ day of ___Nov.___, __2000__.

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

