UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

### REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS/EXCEPTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW undersigned counsel and requests an extension of one week to file Objections to the Presentence Investigation Report on the above-named Defendant, as and for grounds states the following:

1. The Presentence Investigation Report was sent to undersigned's office on November 22, 2000.

2. Although this was just the beginning of the holiday weekend, undersigned counsel, for the past two weeks has been suffering from a chest cold/bronchitis which he caught from his young daughter. This resulted in an Emergency Room visit the other morning for breathing treatments.

3. The Defendant in the cause has been taken into custody and is incarcerated. He has been moved from Arizona to Miami Detention Center as a result of a violation of his release conditions by passing "dirty" urines. As such, it is difficult under the circumstances for the undersigned to sit with the Defendant, who is no longer able to come to counsel's office.



4. Undersigned counsel is just now recovering from the bronchitis and will be able to visit MR. MEISEL in Federal Detention during the beginning of next week in order to appropriately and properly respond to the Presentence Investigation Report.

5. Undersigned counsel has contacted Assistant United States Attorney Paul Schwartz, but has not yet heard back from him.

WHEREFORE the undersigned respectfully moves this Honorable Court to grant an extension of one week in order to file Objections to the Presentence Investigation Report.

Respectfully submitted,

_____
HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail or by facsimile to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 Fax: (954) 356-7336, this \_\_ day of December, 2000.

_____
HERBERT M. COHEN, ESQUIRE