cr-06154-WPD    Document 492    Entered on FLSD Docket 12/05/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.

_____/

## ORDER

THIS CAUSE having come on to be heard upon Defendant's Request for Extension of Time to File Objections/Exceptions to the Presentence Investigation Report and the Court, having considered said Motion and otherwise being fully advised in the premises, it is hereby;

ORDERED and ADJUDGED that said Request be and same is hereby _Granted_.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of December, 2000.

HONORABLE WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herbert M. Cohen, Esq.
AUSA Paul Schwartz, Esq.
USPO

