UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.

_____/

FILED by _____ D.C.

DEC   7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RESPONSE TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, DANIEL MEISEL, and files this response to his

Presentence Investigation Report and states the following:

1.    In paragraphs 11 and 12 of the Presentence Investigation Report, it is alleged and

inferred that a co-defendant in the Indictment; to wit, Rotunno, who is referred to

as an associate of the Columbo crime family, supervised various gambling

businesses in South Florida. It is further stated in those paragraphs that one of

these gambling businesses was an operation known as B&D Enterprises. B&D

Enterprises is a reference to a gambling operation that this Defendant, DANIEL

MEISEL, was, in fact involved in. However, as has previously been stated to the

case agent and to Assistant United States Attorney Paul Schwartz, DANIEL

MEISEL was not personally a knowing participant in acquiescing to the

intervention of Joey Rotunno. The evidence reveals that there came a time when

Rotunno was either solicited by William Hawkins or Hawkins was solicited by

1



Rotunno for aid in collecting certain debts. When this information became known to DANIEL MEISEL, MEISEL not only objected to it, but a year earlier had fired off a letter to the FBI asking for their assistance because at no time did he want Rotunno's help or assistance in collecting debts. MEISEL would state further that there did come a time that he had one meeting with individuals, including Rotunno, wherein MEISEL was told that Rotunno was trying to assist in collecting certain debts. MEISEL indicated that as far as he was concerned, he did not want his assistance in any future collections.

2.    In reference to the facts alleged in paragraph 13 of the Presentence Investigation Report, DANNY MEISEL would state that he can neither confirm nor deny those facts, in that he was not aware that those things had taken place. Furthermore, MEISEL would state that he had asked Al Polito on more than one occasion how to get Joey Flowers (also known as Joey Rotunno) off his back and not have him involved in any of his businesses.

3.    Defendant's response to paragraph 36 of the Presentence Investigation Report is as follows; that DANNY MEISEL states that he quit using cocaine on or about October 14, 2000. The record would reflect that MEISEL was clean of any illegal or illicit drugs for an extended period of years until he experienced psychological and emotional problems as a result of the death of this twenty year old daughter in 1998. MEISEL did start using cocaine again on a personal basis after that in an attempt to deal with his overwhelming grief. He would further state that he attempted to quit on a number of occasions and finally was able to do so on

2

October 14, 2000, although urine tests showed positive for trace amounts of cocaine on October 16 and possibly on October 20th as well. However, MEISEL states that there were five urine tests performed after that which should confirm that he was clean. Those tests were performed prior to his incarceration by this Court.

4.    The Defendant does object to paragraph 36 of the Presentence Investigation Report in that the personal use of cocaine is not related to this case nor to any of the charges in this case, and is the result of the grief suffered from the death of his daughter and the other indications in this report showing his emotional problems in dealing with same as well as other relationship issues. The Defendant, at all times, has freely given honest and open statements to case agents as well as to the Federal Prosecutor in this case, accepting his role in these charges. The Defendant should be given a three point reduction for acceptance of responsibility. As such, the base level should be level 16.

5.    The Defendant states further that he does not have the ability to pay a fine as a result of being incarcerated and because his flower business, which was his legal source of income, is in trouble, due to the death of the former manager, and he now must sell the business at a loss.

WHEREFORE the Defendant, DANIEL MEISEL files this response to his Presentence Investigation Report.

3

Respectfully submitted,

_____
HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite

700, Ft. Lauderdale, FL 33394 and to Frances Weisberg, U.S. Probation Officer, Federal

Courthouse Building, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301, this

___ day of December, 2000.

_____
HERBERT M. COHEN, ESQUIRE

4