UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.

_____/

FILED by ___ D.C.
DEC 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ACCEPTANCE OF RESPONSIBILITY

COMES NOW the Defendant, DANIEL MEISEL, and pursuant to his acceptance of responsibility for his role in this indictment, states that;

"I DANIEL MEISEL, did, in fact help finance a gambling/bookmaking operation over a period of time. I have stated my participation and involvement in these acts on more than one occasion to both the federal prosecutor and the case agent on this case, leading to my early agreement to plead Guilty to one count of the Indictment, and I have always (and by this statement) further maintain that I was, in fact, responsible for the act of maintaining a gambling operation through the period of time alleged in the Indictment. I realize that those acts were wrong and in violation of federal laws and I maintain that I will no longer participate in those illegal acts. I again reiterate by my previously entered plea and my statement, that I take full responsibility for the acts that I have committed."

Herbert M. Cohen for DANIEL MEISEL

Reviewed via Telephone with Client and signed
per his approval on December 6, 2000

1