UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL MEISEL,

Defendant.
_____/



## GOVERNMENT'S RESPONSE TO DEFENDANT MEISEL'S
## OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

Comes now the United States of America by and through undersigned government counsel and respectfully responds to defendants objections to presentence investigation as follows:

1.    Defendant objects to paragraphs eleven and twelve of the presentence investigation. Government response:   The governments evidence proves that Meisel agreed that co-defendant Rotunno would convert  the gambling debt incurred by co-defendant Caskill into extortionate loans and thereby collect approximately $100,000.  This extortionate collection was arranged by co-defendant Hawkins.  The governments evidence further proves that Meisel was aware of co-defendant Rotunno's collection of gambling losses from other bettors who had incurred losses from placing wagers with Meisel's bookmaking office.



2.    Defendant objects to paragraph thirteen of the presentence investigation. Government response: The government is prepared to prove the facts contained in paragraph thirteen at a sentencing hearing.

3.    Defendant objects to paragraph thirty-six of the presentence investigation. Government response: The government relies upon the information supplied by the Probation Office regarding defendants cocaine use and the denial of acceptance of responsibility.

4.    Defendant objects to paragraph eight-three of the presentence investigation. Government responds: The government relies on the information supplied by the Probation Office regarding the defendants ability to pay a fine.

Wherefore based upon the foregoing the government respectfully requests that defendants objections to the presentence investigation be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:    _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
COURT ID# A5500086
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, prepaid

postage on this $\underline{11}$ day of December, 2000, to: Herb Cohen, Esq., 200 S.E. 6th Street, Suite 200, Ft.

Lauderdale, FL 33301.

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

3