UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

### MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, DANIEL MEISEL, and moves this Honorable Court to enter an Order Continuing the December 22, 2000 Sentencing date, as and for grounds states as follows:

1. That the Defendant is scheduled to be sentenced on December 22, 2000 at 2:00 PM.

2. That the Defendant will be having additional meetings with law enforcement agencies which will not be concluded prior to the December 22, 2000 sentencing date.

3. That the aforesaid meetings may serve to mitigate the Defendant's position in this cause.

4. That the Defendant suffers from a drug dependency problem for which he is hopeful of entering a rehabilitation program. Entering such a program may also reflect positively on the Defendant at the time of his sentencing.

1



5. That undersigned's legal assistant has spoken with Assistant United States Attorney, Paul Schwartz, who indicated he has no objection to a continuance of this sentencing date.

6. That in addition to the above-stated grounds, undersigned counsel has made pre-paid reservations and is taking his family out of the State of Florida. They will be departing on December 15, 2000 and will not be returning until the evening of December 22, 2000.

7. That this Motion is made in good faith and not for the purposes of delay.

WHEREFORE the Defendant, through counsel, respectfully moves this Honorable Court to enter an Order Continuing the Sentencing until the Defendant has had sufficient opportunity to conclude his meetings with law enforcement agencies and further pursue appropriate drug rehabilitation.

Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and to Frances Weisberg, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301, this 13 day of December, 2000.

HERBERT M. COHEN, ESQUIRE