UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

## AMENDED RESPONSE TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and files this Amended Response to Presentence Investigation Report and states the following:

1. That we hereby withdraw our objections as stated in paragraph 1 of our initial Response to the Presentence Investigation Report.

WHEREFORE the Defendant, DANIEL MEISEL files this amended response to his Presentence Investigation Report.

Respectfully submitted,

_____
HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and to Frances Weisberg, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301, this 13th day of December, 2000.

HERBERT M. COHEN, ESQUIRE