UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL,

    Defendant.

_____/

FILED by _____ D.C.

DEC 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER ON MOTION TO CONTINUE SENTENCING

THIS CAUSE having been heard upon Defendant's Motion to Continue Sentencing and

the Court having considered said motion, and being otherwise fully advised in the premises, it is

hereby;

ORDERED AND ADJUDGED that said motion is GRANTED. Sentencing is reset for

December 29, 2000 at 10:45 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

15 day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Frances Weisberg, USPO