UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

DANIEL MEISEL, et al.

    Defendants.
_____/

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and moves this Honorable Court to continue the Sentencing set for December 29, 2000, as and for good faith grounds states the following:

1. Undersigned counsel had previously informed the parties that he would be away on vacation until December 22, 2000 and would return to his office on December 26, 2000.

2. Upon return, we received the Revised Presentence Investigation Report. As follow-up, undersigned spoke with Assistant United States Attorney, Paul Schwartz, who indicated that although there previously had been numerous meetings between Defendant MEISEL, the agent and the AUSA, we now have been informed that the Government's position is that he will not receive a 5K1 as previously discussed, nor will he receive a reduction for acceptance of responsibility solely due to his previous addiction to cocaine and the use thereof.

1

3. Pursuant to discussions today, December 27, 2000 with AUSA Paul Schwartz, the undersigned was informed that meetings last week between Defendant MEISEL and AUSA Larry LaVecchio were of a very positive nature and will bear fruit. Additionally however, although Defendant MEISEL has information regarding drug suppliers, he is not in a position to get credit for that at this time, not as a result of his actions, but simply because the agent that went to see MR. MEISEL does not handle that type of case and will attempt to pass it on. During undersigned's discussions with Paul Schwartz, he indicated that he has no objection to our contacting a DEA agent in order to get the ball rolling on those cases.

4. The majority of co-defendants in this case have not yet been sentenced and are set for sentencing in January and February of 2001.

5. The Revised Presentence Investigation Report received by this office still takes the position in paragraph 36 that MR. MEISEL will not be credited with acceptance of responsibility even though he did so, solely because of his cocaine addiction and drug use. Additionally, undersigned was informed today that, because of the addiction and drug use, the Government will not be moving at his sentencing for a 5K1 reduction. However, during discussions between the undersigned and AUSA Paul Schwartz, Mr. Schwartz indicated that if we have more time to discuss this matter, we can sit down in his office with the powers that be and present our case law and argument in order to obtain the acceptance of responsibility and the 5K1 which previously was earned by Defendant MEISEL.

2

    is a specialist in Addictionology and recovering addicts. Dr. Kamlet indicates that he would prefer to have some more time to prepare proper documentation for the Court's edification to explain MR. MEISEL's position and his road to recovery.

7.  Undersigned counsel further requests additional time to prepare argument and case law regarding the Probation Office's position in declining MR. MEISEL's acceptance of responsibility which had the domino effect of wiping out his 5K1 on the basis of cocaine addiction, which has no nexus to the case being charged or the activities therein.

8.  Undersigned counsel has spoken with Assistant United States Attorney Paul Schwartz, who indicates that he has no objection to continuing the Sentencing for the above-stated grounds.

WHEREFORE the undersigned moves this Honorable Court to enter an Order granting us a reasonable continuance for the above-stated reasons.

            Respectfully submitted,

            HERBERT M. COHEN, ESQUIRE
            Attorney for Defendant, Daniel Meisel
            Florida Bar No. 258806
            200 Southeast 6th Street, Suite 200
            Fort Lauderdale, Florida 33301
            (954) 766-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and by US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (954) 356-7336 and to Frances Weisberg, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301 (954) 769-5566, this ___ day of December, 2000.

HERBERT M. COHEN, ESQUIRE