UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

DANIEL MEISEL,

Defendant.



_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's December 28, 2000 Motion

To Continue Sentencing, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Sentencing on December 29, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

United States Probation Office