**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR    DATE: December 29, 2000

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Daniel M'Sisel

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Herb Cohen

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Defendant moves to have sentencing continued - granted.

CASE CONTINUED TO: 1/12/01    TIME: 10:45 a.m    FOR: Sentencing

MISC: _____