UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   )
            Plaintiff,      )
                            )
v.                          )
                            )
DANIEL MEISEL,              )
            Defendant.      )
_____)

**NIGHT BOX FILED**
JAN 1 0 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35(B), FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this __11__ day of __Jan__, 2001, to:

Herb Cohen, Esquire
200 S.E. 6th St., Suite 200
Fort Lauderdale, FL 33301

*Paul F. Schwartz*
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY