**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>HONORABLE WILLIAM P. DIMITROULEAS</u>

CASE NUMBER: 00 -6154- Cp- WD          DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley _____ INTERPRETER: _____

UNITED STATES OF AMERICA       VS. Daniel Miesel

U.S. ATTORNEY: Paul Schwartz / Julie Stalley     DEFT. COUNSEL: Herb Cohen

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
18 months Imprisonment, 3 years Supervised
Release, $10,000 Fine, $100 Assessment.
Court recommends drug treatment while
in prison.

_____

_____

_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Alan Hade
Gvt has filed 5K1 motion. Deft Informed of
Right to Appeal.