UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,
v.

DANIEL MEISEL,
        Defendant.
_____/

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35(b), FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully files this motion to reduce the previously imposed sentence of incarceration, pursuant to Rule 35(b), Federal Rules of Criminal Procedure. In support thereof, the government states the following:

The defendant Daniel Meisel has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at a hearing, as to the substance of the defendant's cooperation with the government.

The undersigned has consulted with Herb Cohen, Esquire, counsel for the defendant. Both the government and defense counsel agree that the defendant's presence is not required for the hearing



requested hereinabove.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7392
Facsimile:  (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___31___ day of __May__, 2001, to:

Herb Cohen, Esq.
200 S.E. 6th St.
Suite 200
Fort Lauderdale, FL 33301


_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

2