UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MEISEL,

    Defendant.
_____/

FILED __ D.C.
JUN 0 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE having been heard upon the Government's May 31, 2001 Motion For Reduction of Sentence [DE-625], the Court sets a hearing for June 8, 2001 at 11:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herb Cohen, Esquire
200 SE 6th Street, #200
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

