UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

v.

DANIEL MEISEL, et al.

Defendants.
_____/

## NOTICE OF STIPULATION

COMES NOW the Defendant, DANIEL MEISEL, by undersigned counsel, and pursuant to an oral agreement between undersigned and Assistant United States Attorney Paul Schwartz and Assistant United States Attorney Larry LaVecchio, the parties aforementioned have agreed that, pursuant to a Rule 35(b) being filed, the parties agree and stipulate that the Defendant, who has finally been moved to a decent Federal facility, heretofore waives his presence at the Rule 35(b) hearing or whatever ruling his Court may make in Chambers in that the parties recognize that but for the Defendant's drug abuse, he would most likely have been released by now and that although the United States cannot stipulate that he be released pursuant to this Motion, take the position that they would not object to such release.

Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant
Florida Bar No. 258806
200 Southeast 6th Street, Suite 205
Fort Lauderdale, Florida 33301
(954) 766-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail to Assistant United States Attorneys Paul F. Schwartz, Esq, and Larry LaVecchio, Esq., 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394, this ___ day of June, 2001.

For: HERBERT M. COHEN, ESQUIRE