USDC : LSD 245B (Rev 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br><br> **DANIEL MEISEL** | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) <br><br> **Case Number:  0:00-06154-CR-008** <br> Counsel For Defendant: **Herb Cohen, Esq.** <br> Counsel For The United States: **Paul Schwartz** <br> Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

[X]  pleaded guilty to count(s) ONE

[ ]  pleaded nolo contendere to count(s) which was accepted by the court.

[ ]  Was found guilty on count(s) after a plea of not guilty

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1962 (d) | **Conspiracy to Violate RICO Statute** | 6/6/2000 | One |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)

[X]  **Count(s)       Remaining        (Is) (are) dismissed on the motion of the United States.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **01/07/1946**
Defendant's USM Number: **45352-008**

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

**January 12, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
**United States District Judge**

Date: February 17, 2001

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By
Deputy Clerk
Date  1/17/01

USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

DEFENDANT: **MEISEL, DANIEL**
CASE NUMBER: **0:00-06154-CR-008**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  Eighteen (18) Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** that the defendant receive drug treatment while in prison.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

　　[ ] At　　　　　A.m. / p.m. on

　　[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

　　[ ] Before 2:00 p.m. on

　　[ ] as notified by the United States Marshal.

　　[ ] As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _C5/21/61_ To _TDC SCF_ _____

at _Tellavega AL_ , with a certified copy of this judgment.

　　　　　　　　　　　　　　　　_Richey Warren_
　　　　　　　　　　　　　　　　~~UNITED STATES MARSHAL~~

　　　　　　　　　　　　By_____ LL
　　　　　　　　　　　　　　~~Deputy U.S. Marshal~~