## CRIMINAL MINUTES

FILED __ D.C.
JUN 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-Cr-WPD        DATE: June 8, 2001

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Daniel Meisel

U.S. ATTORNEY: Paul Schwartz        DEFT. COUNSEL: Herb Cohen

REASON FOR HEARING:  Rule 35 Motion

RESULT OF HEARING: Gvt has filed a Rule 35 motion for reduction of sentence, Parties agree to waive dft's presence at this hearing. Court grants motion. Sentence is reduced to time served with all same Conditions of Supervised Release previously imposed to continue

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

