UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6154-CR-DIMITROULEAS
Plaintiff,

vs.

DANIEL MEISEL
Defendant.

**ORDER**

FILED D.C.
JUN 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE having been heard before the Court on June 8, 2001 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to TIME SERVED. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8 day of ~~February~~ June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Paul Schwartz, AUSA
Herb Cohen, Esq.
U.S. Probation Office
U. S. Marshal

