UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

   Plaintiff,

v.

DANIEL MEISEL, et al.

   Defendants.
_____/



**MOTION FOR RETURN OF BOND**

COMES NOW the depositor, Diane Beck, by and through undersigned counsel and moves this Honorable Court to return the bond posted in this matter along with any accrued interest thereon, as and for grounds states as follows:

1. On June 26, 2000, Diane Beck, SSN: 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, of 4307 Mossman Road, Phoenix, AZ 85050, posted bond in the sum of five thousand dollars ($5,000.00) for the release of Defendant, DANIEL MEISEL, SSN: 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, in the above-styled case. A copy of the cashier's check is attached to this Motion as Exhibit "A."

2. Judgment was imposed upon DANIEL MEISEL on January 12, 2001 and subsequent to his period of incarceration, he was released from FCI Talladega on June 11, 2001.

3. In that the Defendant has completed his sentence in this matter, the bond posted to ensure his court appearance plus any accrued interest thereon should be returned

1

to Diane Beck, the party who posted it on the Defendant's behalf.

4. Counsel's office has spoken with Assistant United States Attorney Paul Schwartz, who has no objection to the bond plus any accrued interest being returned to Ms. Beck.

WHEREFORE the undersigned moves this Honorable Court to enter an Order returning the bond plus accrued interest to Diane Beck, the Depositor.

Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and by US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (954) 356-7336, this 9th day of July, 2002.

HERBERT M. COHEN, ESQUIRE

2




EXHIBIT "A"