UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL MEISEL, et al.

Defendants.
_____/

CASE NO. 00-6154-CR-DIMITROULEAS

FILED by _____ D.C.

JUL 10 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON MOTION FOR RETURN OF BOND

THIS CAUSE having come on to be heard upon Defendant's Motion for Return of Bond and the Court, having considered said Motion and otherwise being fully advised in the premises, it is hereby;

ORDERED and ADJUDGED that said Motion be and same is hereby Granted.

The Clerk is directed to return the bond posted by Depositor, Diane Beck, SSN: 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, plus any accrued interest to the Depositor at 4307 E. Mossman Road, Phoenix, AZ 85050.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of July, 2002.

HONORABLE WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herbert M. Cohen, Esq.
AUSA Paul Schwartz, Esq.
Finance Office

