UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL MEISEL, et al.

        Defendants.

_____/

CASE NO. 00-6154-CR-DIMITROULEAS



## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, DANIEL MEISEL, by and through undersigned counsel and moves this Honorable Court to mitigate the sentence by way of granting a suspension of the remaining term of early release and states the following:

1.    Judgment was imposed by this Honorable Court on January 12, 2001, where the Defendant received a term of eighteen (18) months incarceration followed by a three (3) year period of supervised release.

2.    The Defendant was released from custody on June 11, 2001 and began his term of supervised release. With permission of the Court, he has been living in Scottsdale, Arizona.

3.    During the course of the Defendant's incarceration, he attended a drug program which he successfully completed.

4.    The Defendant indicates that he has paid all required fines on this case. He has been clean and sober for three (3) years, wherein he has attended thirty (30)

1



meetings a month for two and one half (2 ½ ) years.  In addition, he has taken

three (3) urine tests per month, the results of which have all been negative for

drugs.  Enclosed with this Motion is a letter from DANIEL MEISEL's sponsor,

Brian J. Roberts, who has indicated that not only has DANIEL MEISEL worked

hard in his own recovery, but also has reached out to others and has been a source

of encouragement to them.  The Defendant has gone further than just taking care

of himself.  He has been a model for others and has donated much of his time and

effort to help other people experiencing similar problems.

5.      Enclosed please find a letter from an accounting firm in Scottsdale, AZ, to-wit;

Bernard Scarborough, Ltd., for whom the Defendant is now employed.  Mr.

Scarborough heralds MR. MEISEL as being an exemplary employee.

6.      Also enclosed is a letter dated August 22, 2003 from the director of Chabad of

East Valley in Arizona. DANIEL MEISEL has also dedicated his time working

there.

7.      This office has contacted Adelina Bustamonte, the Defendant's probation officer

in Arizona, who indicated that she objects to early termination.  When

undersigned was informed of such by his paralegal, he personally called Ms.

Bustamonte and attempted to discuss this matter with her. Counsel was concerned

because she had indicated that our client was not in compliance.  He inquired as to

the nature of the Defendant's non-compliance and told her that we would

immediately communicate the problem to MR. MEISEL to be sure that he brought

himself into compliance.  Ms. Bustamonte indicated to counsel that she would not

discuss the matter with him and that she would only discuss it with the Court. Counsel finds this somewhat unusual in that if, in fact, there were terms and conditions of release to which he was not in compliance, that would have been the appropriate time to advise counsel so we would be able to make our client aware of such and give him the opportunity to comply. I advised my client of my conversation with Ms. Bustamonte, who indicated that he has no recollection of being told by Ms. Bustamonte that he was not in compliance. Had he known this was the case, he would have taken the proper actions to do so.

8.    MR. MEISEL has done everything he could do to improve his life, to follow the orders of this Court, to follow the law, and to become a productive citizen.

WHEREFORE the Defendant by counsel, for the above-stated grounds, moves this Honorable Court to enter an Order mitigating the remaining term of supervised release by way of early termination.

Respectfully submitted,

HERBERT M. COHEN, ESQUIRE
Attorney for Defendant, Daniel Meisel
Florida Bar No. 258806
200 Southeast 6th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 766-8820

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

facsimile and by US Mail to Assistant United States Attorney Paul F. Schwartz, Esq, 500 E.

Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394, (954) 356-7336, and to Adelina

Bustamonte, U.S. Probation Office, 4000N. Central Ave., Suite 2300, Phoenix, AZ 85012, (602)

640-2650, this 3rd day of October, 2003.

HERBERT M. COHEN, ESQUIRE

4

**Bernard Scarborough, Ltd.**
CERTIFIED PUBLIC ACCOUNTANT
a professional corporation

August 21, 2003

Re: To Whom it May Concern

Re: Daniel I. Meisel

I met Dan Meisel approximately two years ago within the AA program. I have attended meetings serveral times weekly for the past seventeen years, my last drink was January 1986. Dan and I started working together in May 2002 in the mortgage and financing business.

My experience with Dan in both the AA program and in dealing with him daily in business has been excellent.

More Importantly, you may or may not be aware of how tightly we are regulated in our business and how lawsuit prone we are. Since being licensed thirty years ago I have never had a complaint filed by either the state board or IRS. I would not do anything to jeopardize this, which I think shows I have no concern whatsoever concerning Dan representing my firm.

Should you have any question regarding Dan do not hesitate to call me.

Sincerely,

Bernard Scarborough



August 22, 2003

To Whom It May Concern:

This letter is regarding Daniel Meisel who has been an outstanding employee here at Chabad, he is dedicated to his job does great work is very proficient and is liked by all. We are very happy with him and feel that he has added much to our organization.

Chabad is dedicated to the furtherance of Jewish education based on the tenets of Judaism. We reach out to young and old in trying to uplift and inspire all towards a better life, a life of fulfillment and happiness.

If you should have any questions please call me at 480-855-4333

Rabbi Mendy Deitsch
Director
Chabad of the East Valley

**Brian J. Roberts**

# Memo

**To:**  To Whom It May Concern

**From:**  Brian Roberts

**Date:**  August 18, 2003

**Re:**  Daniel Meisel Character Reference

---

Your Honor:

I am sponsor to, Daniel Meisel, in a recovery program (AA), and have been such for the last two and one half years.

During the time, I have had the pleasure of sponsoring Mr. Meisel; I have watched him daily, in his interactions with those, he meets. Mr. Meisel has worked in this recovery program reaching out to many, as a source of encouragement, help and support with no direct return to himself, except the understanding of the good he has done for someone else.

Mr. Meisel and I interact daily, in person or on the phone, and I have grown to know him as a warm, caring person who on an ongoing basis quietly helps many, without fanfare or personnel recognition.

I am fully aware of Mr. Meisels' past history, and the its' legal aspects I can tell you, with my fullest assurance, the person I have come to know is a very different, stronger and less self-serving person today, than the man I met two and one half years ago who asked if I would sponsor him.

Mr. Meisel today is the model of a man who I admire for his goodness toward his fellows, his involvement, full participation and volunteer work in this program and for what recovery and life can represent, when worked as fully as he has.

1

I would urge you your honor, to consider release from the system
and grant early probation as a reflection and recognition that a
real effort to change and good works do pay off, and is further
recognized by the court.

Thank you in advance for your kind consideration of this matter.

Respectfully,

Brian J. Roberts

11420 N. 50th St

Scottsdale, Arizona 85254

602 996-0666