UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

v.                                 FILED by _____ D.

DANIEL MEISEL, et al.              OCT 6 - 2003

　　　　Defendants.                CLARENCE MADDOX
_____/  CLERK U.S. DIST. CT.
                                   S.D. OF FLA. FT. LAUD

**ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

THIS CAUSE having come on to be heard upon Defendant's Motion for Early Termination of Supervised Release and the Court, having examined said Motion and otherwise being fully advised in the premises, it is hereby;

ORDERED and ADJUDGED that said Motion be and same is hereby __Denied__.

DONE and ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this 6 day of October, 2003.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William P. Dimitrouleas
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Herbert M. Cohen, Esq.
AUSA Paul Schwartz, Esq.
Adelina Bustamonte
　US Probation Office
　4000 N. Central Ave., # 2300
　Phoenix, AZ 85012

